HARRIET E. NOBLE, Appellant, *v.* WILLIAM B. KENDALL, as Surviving Partner of the Firm of KENDALL & WHITLOCK, Respondent, Impleaded with Others.

(Submitted February 24, 1919; decided March 4, 1919.)

Motion to amend remittitur denied, with ten dollars costs.   (See 225 N. Y. 673.)

---

In the Matter of the Accounting of CHARLES H. ENOS, as Administrator of the Estate of J. ROLAND ENOS, Deceased.

CHARLES   H.   ENOS,   Appellant;   DAVID   C.   MYERS, Respondent.

Reported below, 184 App. Div. 958.

(Submitted February 24, 1919; decided March 4, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1918, affirming a decree of the Queens County Surrogate's Court settling the accounts of the administrator of the estate of J. Roland Enos, deceased.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence sufficient to sustain the findings of fact and that permission to appeal had not been obtained.

*Joseph H. Kutner* and *David C. Myers* for motion.
*George Gordon Battle, Almuth C. Vandiver* and *Leon N. Futter* opposed.

Motion denied, with ten dollars costs.